AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| MARITZA MOLINARES and FRANCISCO ROMERO <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION and FRATELLI BERETTA USA, INC., <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-20027-JAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COSTCO WHOLESALE CORPORATION

c/o C T CORPORATION SYSTEM, (Registered Agent)
1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Francisco Maderal, Esq., Maderal Byrne & Furst PLLC, 2800 Ponce de Leon Boulevard, Suite 1100, Coral Gables, Florida 33134.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jan 5, 2026
_____

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>MARITZA MOLINARES and<br>FRANCISCO ROMERO<br><br><br>_Plaintiff(s)_<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br>and FRATELLI BERETTA USA, INC.,<br><br><br>_Defendant(s)_</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:26-cv-20027-JAL</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  FRATELLI BERETTA USA, INC.

> c/o ALLEN SUSSER, ESQ. (Registered Agent)
> COHN LIFLAND PEARLMAN HERRMANN KNOP
> 250 PEHLE AVENUE - SUITE 401, SADDLE BROOK, NJ, 07663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Francisco Maderal, Esq., Maderal Byrne & Furst PLLC, 2800 Ponce de Leon Boulevard, Suite 1100, Coral Gables, Florida 33134.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:     Jan 5, 2026



_s/ WCendejas_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court