**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

---

MARITZA MOLINARES and
FRANCISCO ROMERO,

     Plaintiffs,

v.                                                                Case No. 1:26-cv-20027-JAL

COSTCO WHOLESALE CORPORATION
and FRATELLI BERETTA USA, INC.,

     Defendants.

---

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss this

action without prejudice.

Date: 04/14/2026                                      Respectfully submitted,

     **Francisco R. Maderal**
     Francisco R. Maderal, Esq.
     Florida Bar No. 0041481
     E-Mail address: frank@maderalbyrne.com

     Maderal Byrne & Furst PLLC
     2800 Ponce De Leon Boulevard, Suite 1100
     Coral Gables, FL 33134
     Telephone: (305) 520-5690

1